Otto J. Becker, Respondent, v. Lucy Lorello, Appellant.— Judgment reversed on the law, with costs, and judgment directed for the defendant, with costs. Memorandum: In order that the plaintiff should recover from the defendant the sum paid by him on account of the purchase price as well as his expenses in examining title, it was necessary for plaintiff to put the defendant in default by tendering the balance of the purchase money on the date provided in the contract. This the plaintiff wholly failed to do. Further he did not prove that the defendant would have been unable to convey the property to him had he made the tender. All concur. (The judgment was for plaintiff in an action to recover money paid upon a land contract.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Minnie Seavert, Respondent, v. Farmers and Traders Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff for amount of death benefit under a life insurance policy. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Nellie E. Durkette, Appellant v. Frank T. Ellison, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is entered upon the order granting motion to dismiss for failure to prosecute.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Proving of the Last Will and Testament of John E. Garland, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of Charles A. B. Smith for Reinstatement to the Bar of the State of New York.— Application denied. Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of A. Edmund Lee, an Attorney and Counselor at Law.— Report of referee confirmed as to five of the charges alleged, and order of disbarment entered. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.